# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA RAY TYNER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COUNTY OF LANCASTER, PRIMECARE** | : | |
| **MEDICAL INC., CHERYL STEMBERGER** | : | |
| **and LORI HEHNLY** | : | **NO. 18-3306** |

## ORDER

**NOW**, this 27th day of July, 2020, upon consideration of the defendants PrimeCare Medical Inc. and Lori Hehnly's Motion for Summary Judgment (Document No. 51), the plaintiff's response (Document No. 57), and the defendants' reply (Document No. 56), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants PrimeCare Medical Inc. and Lori Hehnly and against the plaintiff Joshua Ray Tyner.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.